JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARIANE MIRANDA, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.:  SACV13-1681 JFW (DFMx)<br><br>Judge: Hon. John F. Walter<br><br>**PROPOSED JUDGMENT AND ORDER ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**<br><br>[Filed concurrently with: (1) Notice of Application and Application for Entry of Default Judgment by the Court; (2) Memorandum of Points and Authorities in Support; (3) Declaration of Gail E. Cohen; and (4) Declaration of Linda See<br><br>Date:　　August 11, 2014<br>Time:　　1:30 p.m.<br>Crtrm.:　 16 |

On October 25, 2013, Plaintiff American General Life Insurance Company ("AGLIC") filed its Complaint for Intentional Misrepresentation against Defendant Marianne Miranda ("Defendant").  AGLIC has now moved for entry of default judgment on its Complaint, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.  The matter was heard before this Court on August 11, 2014  Based on AGLIC's Application, supporting declarations and exhibits, request for judicial notice, and the files of this Court, AGLIC's Application is hereby granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. AGLIC properly filed its Complaint with this Court on October 25, 2013.
2. AGLIC's Complaint properly pled a claim for rescission and declaratory relief by setting forth facts sufficient to show that its cause of actions are within the jurisdiction of this Court and to state a cause of action in a form that gives Defendant fair notice of AGLIC's complaint and the relief sought.
3. Defendant was properly personally served with the Summons and Complaint on March 7, 2014.
4. Defendant was required to plead, or otherwise respond, to AGLIC's Complaint by March 28, 2014.
5. Defendant failed to answer or otherwise respond to AGLIC's Complaint.
6. The Clerk of Court entered default against Defendant on May 13, 2014.
7. Defendant's failure to appear and answer this lawsuit constitutes an admission of all allegations contained in AGLIC's Complaint.
8. AGLIC is entitled to the rescission of Amercan General Life Insurance Company policy number YME11541 such that the policy is null and void from its inception as if it had never been issued, as requested in the Complaint;
9. AGLIC is entitled to a default judgment.

IT IS FURTHER ORDERED THAT:

A default judgment is hereby entered in favor of Plaintiff AGLIC and against Defendant so that American General Life Insurance Company policy number YME11541 is rescinded and the policy is deemed null and void from its inception as if it had never been issued.

ENTRY OF THIS JUDGMENT

It is further ordered that, as there is no just reason for delay of entry of this judgment, pursuant to Fed. R. Civ. P. 54(b), the clerk shall enter this Order immediately.

Dated: August 5, 2014

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT